IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JAMES TOMKO, | ) | |
| | ) | |
| Plaintiff, | ) | 4:11CV3144 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| AMERICAN TIRE DISTRIBUTORS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

1) The motion to withdraw filed by plaintiff's counsel, Abby K. Osborn, on behalf of Plaintiff James Tomko, (filing no. 20), is granted.

2) On or before April 23, 2012, the plaintiff shall either: (a) obtain the services of substitute counsel and have that attorney file an appearance on his behalf; or (b) file a statement notifying the court of his intent to litigate this case without counsel. Failure to comply with this order may result in dismissal for want of prosecution.

3) The clerk shall set a case management deadline for April 23, 2012, and shall mail a copy of this order to the plaintiff:

> James Tomko
> 4247 North 1st Street, Apt. #383
> Lincoln, Nebraska 68521

DATED this 2nd day of April, 2012.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge