IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JAMES TOMKO, | ) | |
| | ) | |
| Plaintiff, | ) | 4:11CV3144 |
| | ) | |
| V. | ) | |
| | ) | |
| AMERICAN TIRE DISTRIBUTORS, INC., | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

      On April 2, 2012 Plaintiff's counsel was granted leave to with draw from this case, (filing no. 21). Plaintiff was ordered to advise the court, on or before April 23, 2012, whether he intended to either: (1) obtain the services of new counsel and have that attorney make an appearance on his behalf; or (2) file a statement notifying the court of his intent to litigate this matter without the assistance of counsel. Filing No. 21. Plaintiff has taken no further action in this case.

      Accordingly,

      IT IS ORDERED:

1)     The plaintiff is given until Monday, May 14, 2012 to comply with the court's order of April 2, 2012 or to show cause why his claims should not be dismissed for want of prosecution, in the absence of which the plaintiff's claims against the defendants may be dismissed and a judgment of dismissal may be entered without further notice.

2)     The clerk of the court shall mail a copy of this order to Plaintiff.

      James Tomko
      4247 North 1st Street, Apt. #383
      Lincoln, Nebraska 68521

      DATED this 3rd day of May, 2012.

      BY THE COURT:

      *S/ Cheryl R. Zwart*
      United States Magistrate Judge