IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES TOMKO,<br><br>    Plaintiff,<br><br>vs.<br><br>AMERICAN TIRE DISTRIBUTORS, INC.,<br><br>    Defendant. | 4:11CV3144<br><br>MEMORANDUM AND ORDER |

  This matter is before the Court on the Magistrate Judge's Memorandum and Order of May 16, 2012 (filing 23), recommending that this Court dismiss plaintiff James Tomko's complaint for want of prosecution. Neither party has filed an objection. *See*, 28 U.S.C. § 636(b)(1); NeCivR 72.2. When a party fails to timely object to the report and recommendation of a magistrate judge, the party waives its right to de novo review by the district court. *United States v. Wise*, 588 F.3d 531, 537 n.5 (8th Cir. 2009). The Court finds that the Magistrate Judge's recommendation should be adopted and this case dismissed. Accordingly,

  IT IS ORDERED:

  1. The Magistrate Judge's Memorandum and Order recommending dismissal for want of prosecution (filing 23) is adopted;

  2. This case is dismissed; and

  3. A separate Judgment will be entered.

Dated this 11th day of June, 2012.

                BY THE COURT:

                *John M. Gerrard*
                John M. Gerrard
                United States District Judge